# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FUENTES-FERNANDEZ &
COMPANY, PSC, and

JOSEPH FUENTES,

      Plaintiffs and
      Third-Party Plaintiffs,

      v.

CABALLERO & CASTELLANOS,
PL,
      Defendants, Cross-
      Plaintiffs, and Third-Party
      Plaintiffs,

      v.

HOUSING AUTHORITY OF NEW
ORLEANS and

DAVID GILMORE, TRUSTEE,

      Cross- and Third-Party
      Defendants.

Civil Case No. 07-0846 (RJL)

## ORDER
(March /8th, 2011)

For the reasons set forth above, it is this ___ day of March, 2011 hereby

ORDERED that the Defendants Housing Authority of New Orleans' ("HANO") and

David Gilmore's ("Gilmore") Motion to Dismiss [Dkt. #70] is GRANTED, and it is

further

1

ORDERED that the above-captioned case be dismissed as to Defendants HANO and Gilmore without prejudice.

SO ORDERED.

RICHARD J. LEON
United States District Judge